IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ZANNIE JAY LOTHARP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE FOR )<br>U.S. ATTORNEYS, )<br>)<br>Defendant. ) | 1:23CV881 |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on November 6, 2023, was served on the parties in this action. (ECF Nos. 3, 4.) Plaintiff filed objections to the Magistrate Judge's Recommendation. (*See* ECF No. 5.)

The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A for being frivolous, failing to state a claim on which relief may be granted, and seeking monetary damages from a defendant immune from such relief.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 1st day of December 2023.

/s/ Loretta C. Biggs
United States District Judge